IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIGUEL ANGEL HERNANDEZ,<br><br>    Defendant.                        / | No. CR-09-00264 CRB<br><br>**ORDER RE SUPPLEMENTAL BRIEFING** |

At the sentencing hearing held today, August 28, 2009, the Court directed the parties to file supplemental briefing regarding what materials the Court may rely on in applying the modified categorical approach, as well as any objections the parties have to such materials and/or any findings as to the age of the Defendant or the victim.  The Court hereby further directs the parties to address what enhancement the Court should apply, if any, if the Court does not apply a 16 level enhancement for a crime of violence.

**IT IS SO ORDERED.**

Dated: August 28, 2009

                                     CHARLES R. BREYER
                                     UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\264cr\order re briefing.wpd